# EXHIBIT 1

# (Stipulation)

Case 21-50072-KBO  Doc 9-1  Filed 02/25/21  Page 1 of 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD<br>HOLDINGS, LLC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>BAYOU STEEL BD HOLDINGS, LLC;<br>BD LAPLACE, LLC;<br>TRINITY INDUSTRIES LEASING<br>COMPANY,<br><br>Defendants. | Adv. Proc. No. 21-50072 (KBO) |

**STIPULATION EXTENDING THE DEADLINE FOR DEFENDANTS**
**TRINITY INDUSTRIES LEASING COMPANY, BAYOU STEEL BD HOLDINGS, LLC,**
**AND BD LAPLACE, LLC TO RESPOND TO THE COMPLAINT**

Bank of America, N.A. ("**BOA**"), on the one hand, and Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC, on the other hand (collectively, the "**Defendants**" and together with BOA, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 29, 2021, BOA filed the *Complaint for Interpleader* (the "**Complaint**") in the above-captioned adversary proceeding against the Defendants;

**WHEREAS**, the current deadline for Defendants to answer, move, or otherwise respond

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, LLC (1984), BD Bayou Steel Investment, L.L.C. (1222), and BD LaPlace, LLC (5783). The corporate headquarters address for all of the Debtors is 138 Highway 3217, La Place, LA 70068.

to the Complaint is March 1, 2021; and

**WHEREAS**, BOA has agreed to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint through and including April 1, 2021.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

1. Subject to the Court's approval, the deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including April 1, 2021.

2. This Stipulation is without prejudice to the rights of the Parties to seek a further continuation of the deadline to answer, move, or otherwise respond to the Complaint.

3. This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.

[*Signature Page Follows*]

Dated: February 24, 2021

| | |
|---|---|
| **TRINITY INDUSTRIES LEASING COMPANY** | **BANK OF AMERICA, N.A.** |
| By: */s/ Jason D. Angelo*<br>Jason D. Angelo (No. 6009)<br>REED SMITH LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: jangelo@reedsmith.com | By: */s/ Robert Charles Maddox*<br>Mark D. Collins (No. 2981)<br>Robert Charles Maddox (No. 5356)<br>David T. Queroli (No. 6318)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>E-mail: collins@rlf.com<br>        maddox@rlf.com<br>        queroli@rlf.com |
| *Counsel to Trinity Industries Leasing Company* | *Attorneys for Bank of America, N.A.* |

**GEORGE L. MILLER,
AS CHAPTER 7 TRUSTEE**

By: */s/ Colin R. Robinson*
Bradford J. Sandler (No. 4142)
Colin R. Robinson (No. 5524)
Peter J. Keane (No. 5503)
PACHULSKI STANG
ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: pkeane@pszjlaw.com
        crobinson@pszjlaw.com
        bsandler@psjzlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estates of Bayou Steel BD Holdings, LLC and BD LaPlace, LLC*