# EXHIBIT 1

# (Stipulation)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC., *et al.*, | Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| Debtors.[1] | |
| BANK OF AMERICA, N.A., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-50072 (KBO) |
| BAYOU STEEL BD HOLDINGS, LLC;<br>BD LAPLACE, LLC;<br>TRINITY INDUSTRIES LEASING COMPANY, | |
| Defendants. | |

**STIPULATION FURTHER EXTENDING THE DEADLINE FOR DEFENDANTS TRINITY INDUSTRIES LEASING COMPANY, BAYOU STEEL BD HOLDINGS, LLC, AND BD LAPLACE, LLC TO RESPOND TO THE COMPLAINT**

Bank of America, N.A. ("**BOA**"), on the one hand, and Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC, on the other hand (collectively, the "**Defendants**" and together with BOA, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 29, 2021, BOA filed the *Complaint for Interpleader* (the "**Complaint**") in the above-captioned adversary proceeding against the Defendants;

**WHEREAS**, on February 25, 2021, the Court entered an *Order Approving Stipulation*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, LLC (1984), BD Bayou Steel Investment, L.L.C. (1222), and BD LaPlace, LLC (5783). The corporate headquarters address for all of the Debtors is 138 Highway 3217, La Place, LA 70068.

*Extending the Deadline for Defendants Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC to Respond to the Complaint* [Adv. D.I. 9], thereby extending the deadline for Defendants to answer, move, or otherwise respond to the Complaint to April 1, 2021.

**WHEREAS**, to facilitate ongoing settlement discussions and documentation, BOA has agreed to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint through and including April 9, 2021.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

1. Subject to the Court's approval, the deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including April 9, 2021.

2. This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.

[*Signature Page Follows*]

Dated: March 31, 2021

| | |
|---|---|
| **TRINITY INDUSTRIES LEASING COMPANY** | **BANK OF AMERICA, N.A.** |

By:   */s/ Jason D. Angelo*
      Jason D. Angelo (No. 6009)
      REED SMITH LLP
      1201 North Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail:  jangelo@reedsmith.com

*Counsel to Trinity Industries Leasing Company*

**GEORGE L. MILLER,
AS CHAPTER 7 TRUSTEE**

By:   */s/ Colin R. Robinson*
      Bradford J. Sandler (No. 4142)
      Colin R. Robinson (No. 5524)
      Peter J. Keane (No. 5503)
      PACHULSKI STANG
      ZIEHL & JONES LLP
      919 North Market Street, 17th Floor
      Wilmington, DE 19801
      Telephone: (302) 652-4100
      Facsimile: (302) 652-4400
      E-mail: pkeane@pszjlaw.com
            crobinson@pszjlaw.com
            bsandler@psjzlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee for the Estates of Bayou Steel BD Holdings, LLC and BD LaPlace, LLC*

By:   */s/ Robert C. Maddox*
      Mark D. Collins (No. 2981)
      Robert C. Maddox (No. 5356)
      David T. Queroli (No. 6318)
      RICHARDS, LAYTON & FINGER, P.A.
      920 North King Street
      Wilmington, DE 19801
      Telephone: (302) 651-7700
      Facsimile: (302) 651-7701
      E-mail: collins@rlf.com
            maddox@rlf.com
            queroli@rlf.com

*Attorneys for Bank of America, N.A.*