**EXHIBIT 1**

**(Stipulation)**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC., *et al.*, | Case No. 19-12153 (KBO) (Jointly Administered) |
| Debtors.[1] | |
| BANK OF AMERICA, N.A., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-50072 (KBO) |
| BAYOU STEEL BD HOLDINGS, LLC; BD LAPLACE, LLC; TRINITY INDUSTRIES LEASING COMPANY, | |
| Defendants. | |

### STIPULATION FURTHER EXTENDING THE DEADLINE FOR DEFENDANTS TRINITY INDUSTRIES LEASING COMPANY, BAYOU STEEL BD HOLDINGS, LLC, AND BD LAPLACE, LLC TO RESPOND TO THE COMPLAINT

Bank of America, N.A. ("**Bank of America**"), on the one hand, and Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC, on the other hand (collectively, the "**Defendants**" and together with Bank of America, the "**Parties**"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 29, 2021, Bank of America filed the *Complaint for Interpleader* (the "**Complaint**") in the above-captioned adversary proceeding against the Defendants;

**WHEREAS**, on February 25, 2021, the Court entered an *Order Approving Stipulation*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, LLC (1984), BD Bayou Steel Investment, L.L.C. (1222), and BD LaPlace, LLC (5783). The corporate headquarters address for all of the Debtors is 138 Highway 3217, La Place, LA 70068.

*Extending the Deadline for Defendants Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC to Respond to the Complaint* [Adv. D.I. 9], thereby extending the deadline for Defendants to answer, move, or otherwise respond to the Complaint to April 1, 2021.

**WHEREAS**, on April 1, 2021, the Court entered an *Order Approving Stipulation Further Extending the Deadline for Defendants Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC to Respond to the Complaint* [Adv. D.I. 14], thereby extending the deadline for Defendants to answer, move, or otherwise respond to the Complaint to April 9, 2021.

**WHEREAS**, on April 12, 2021, the Court entered an *Order Approving Stipulation Further Extending the Deadline for Defendants Trinity Industries Leasing Company, Bayou Steel BD Holdings, LLC, and BD LaPlace, LLC to Respond to the Complaint* [Adv. D.I. 16], thereby extending the deadline for Defendants to answer, move, or otherwise respond to the Complaint to April 16, 2021.

**WHEREAS**, to facilitate the finalization of settlement documentation, Bank of America has agreed to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint through and including May 17, 2021.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

1.      Subject to the Court's approval, the deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including May 17, 2021.

2.      The extension agreed to herein shall be the final extension with respect to the deadline for the Defendants to answer, move, or otherwise respond to the Complaint.

3.      This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.


[*Signature Page Follows*]

**STIPULATED AND AGREED** to this 16th day of April 2021.

**TRINITY INDUSTRIES LEASING COMPANY**

By: */s/ Jason D. Angelo*
    Jason D. Angelo (No. 6009)
    REED SMITH LLP
    1201 North Market Street, Suite 1500
    Wilmington, Delaware 19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail:  jangelo@reedsmith.com

*Counsel to Trinity Industries Leasing Company*

**BANK OF AMERICA, N.A.**

By: */s/ Robert C. Maddotx*
    Mark D. Collins (No. 2981)
    Robert C. Maddox (No. 5356)
    David T. Queroli (No. 6318)
    RICHARDS, LAYTON & FINGER, P.A.
    920 North King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701
    E-mail:  collins@rlf.com
            maddox@rlf.com
            queroli@rlf.com

*Attorneys for Bank of America, N.A.*

**GEORGE L. MILLER,**
**AS CHAPTER 7 TRUSTEE**

By: */s/Colin R. Robinson*
    Bradford J. Sandler (No. 4142)
    Colin R. Robinson (No. 5524)
    Peter J. Keane (No. 5503)
    PACHULSKI STANG ZIEHL
     & JONES LLP
    919 North Market Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone:  (302) 652-4100
    Facsimile:  (302) 652-4400
    E-mail:  pkeane@pszjlaw.com
            crobinson@pszjlaw.com
            bsandler@psjzlaw.com

*Counsel to George L. Miller, Chapter 7*
*Trustee for the Estates of Bayou Steel BD*
*Holdings, LLC and BD LaPlace, LLC*